FILED
2026 Feb-23  PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

**APRIL PAW,**
      Petitioner,

**v.**

**Case No. 7:25-cv-554-CLM-SGC**

**WARDEN NEELEY**, **et al.,**
      Respondents.

## MEMORANDUM OPINION

Petitioner April Paw filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). The magistrate judge has entered a report, recommending that the court dismiss Paw's petition for failure to exhaust administrative remedies. (Doc. 12). The magistrate judge also recommended that the court deny Paw's motion for relief (doc. 11). The magistrate judge advised Paw of her right to object to the report and recommendation, but the court has not received any objections.

Having considered the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will **DISMISS** Paw's habeas petition **WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The court will **DENY** Paw's motion for relief (doc. 11).

The court will enter a separate final judgment that carries out this ruling and closes this case.

**Done** and **Ordered** on February 23, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE